**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN THE MATTER OF<br><br>DAWN M. MARTIN<br><br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 10-32823<br>JUDGE: Hollis |

**NOTICE OF STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

As you know, our firm represents Bank of America, N.A., successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP in your Chapter 13 case number 10-32823.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  In response to the Chapter 13 Trustee's Notice of Final Cure Payment dated 12-19-2011 and filed as Docket No. 67:

1. As to the pre-petition default, Bank of America, N.A., successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP agrees with the Chapter 13 Trustee's Notice of Final Cure Payment that the debtor(s) has paid in full the amount required to cure the pre-petition default.

2. As of 12-19-2011, consistent with §1322(b)(5) of the Bankruptcy Code, the post-petition sums due and collectable are as follows:

- 11/2010 – 12/2011 monthly payments at $1,417.02 each   = $   19,838.28

    **TOTAL**                                                                     = $   **$19,838.28**

Respectfully submitted,

_____
Attorney for Bank of America, N.A., successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
12-057861
**The firm of Fisher and Shapiro, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**