**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN THE MATTER OF<br><br>DAWN M. MARTIN<br><br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 10-32823<br>JUDGE: Hollis |

**NOTICE OF STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

     As you know, our firm represents Bank of America, N.A., successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP in your Chapter 13 case number 10-32823. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. In response to the Chapter 13 Trustee's Notice of Final Cure Payment dated 12-19-2011 and filed as Docket No. 67:

1. As to the pre-petition default, Bank of America, N.A., successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP agrees with the Chapter 13 Trustee's Notice of Final Cure Payment that the debtor(s) has paid in full the amount required to cure the pre-petition default.

2. As of 12-19-2011, consistent with §1322(b)(5) of the Bankruptcy Code, the post-petition sums due and collectable are as follows:

- 11/2010 – 12/2011 monthly payments at $1,417.02 each   = $    19,838.28

   **TOTAL**                                                  **= $    $19,838.28**

Respectfully submitted,

 /s/ Christopher R. Murphy
Attorney for Bank of America, N.A., successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
12-057861

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN THE MATTER OF<br><br>DAWN M. MARTIN<br><br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 10-32823<br>JUDGE: Hollis |

## NOTICE OF FILING

**Notified via Electronic Filing**
U.S. Trustee, 219 S. Dearborn St, Room 873, Chicago, IL 60604
Marilyn O. Marshall, 224 South Michigan, Ste #800, Chicago IL 60604
Daniel M. Moulton, Law Offices Daniel Moulton, 10249 S. Western Avenue Chicago, IL 60643
**Notified via US Postal Service**
Dawn M. Martin, 8322 S. Dorchester, Chicago, IL 60619

     Please take notice that on the 11th day of January, 2012 I did file with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 the Notice of Statement in Response to Notice of Final Cure Payment.

## AFFIDAVIT OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice of Statement in Response to Notice of Final Cure Payment upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015, before the hour of 5:00 PM on January 11, 2012, unless a copy was provided electronically by the Clerk of the Court.

                      Respectfully Submitted,

                       /s/ Christopher R. Murphy
                      Christopher R. Murphy

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301| Bannockburn, IL 60015 | (847) 291-1717
Attorneys for Movant
12-057861
**The firm of Fisher and Shapiro, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**